1774. BUT THE COURT also declared that the statute of 21. *Jac.* 1. *c* 16. of twenty years poffeffion, extended here; and that it had never been doubted.

## ANONYMOUS.

JOHN FISHER, having two fons and a Daughter, made his will, and devifed a plantation to his fon *Matthias* in fee. *Matthias* dies in his minority, inteftate, and without iffue.

*Queftion:*—whether his heirs at common law fhall take; or it fhall divide among his other brother and fifters, under the fupplemental inteftate law of this Province ?

On a trial in ejectment for the plantation, it was agreed by council, that the opinion of the Court fhould be conclufive to the Jury.

Mr. *Juftice* WILLING and *Juftice* LAWRENCE were of opinion, and fo delivered it to the Jury, that the eftate fhould be divided : and the plaintiff fuffered a nonfuit. *

---

# *September* Term, 1774.

Before CHEW, Chief Juftice,
WILLING and MORTON, Juftices.

---

## HURST *verfus* DIPPO.

TRESPASS—The Plaintiff's Council opened that *William Penn*, by deed of leafe and releafe, granted to his anceftor *A. Sonmans* five thoufand acres of land in *Pennfylvania* ; that fuch deeds were loft, or otherwife miflaid ; and to prove the exiftence of fuch deeds, he fhewed a lift of names, commonly called the lift of *firft purchafers*, and containing a warrant, figned and fealed by *William Penn*, to

* Determined at *Bucks*, *Ni. Pri.* 15 Oct. 1773.

his